UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| PIORO, ZBIGNIEW | § | Case No. 14-44872 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 10/30/2015 in Courtroom ,

        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2015        By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PIORO, ZBIGNIEW § Case No. 14-44872
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 1,103.32 |
| leaving a balance on hand of[1] | $ | 28,896.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 73.05 | $ 0.00 | $ 73.05 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,823.05 |
| Remaining Balance | $ 25,073.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,845.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,054.55 | $ 0.00 | $ 1,054.55 |
| 000002 | Capital One, N.A. | $ 1,194.39 | $ 0.00 | $ 1,194.39 |
| 000003 | Sprint Corp. Attn: Bankruptcy Dept | $ 72.25 | $ 0.00 | $ 72.25 |
| 000004 | AMERICAN EXPRESS BANK, FSB | $ 7,389.08 | $ 0.00 | $ 7,389.08 |
| 000005 | Synchrony Bank | $ 3,230.20 | $ 0.00 | $ 3,230.20 |
| 000006 | Portfolio Recovery Associates, LLC | $ 8,904.67 | $ 0.00 | $ 8,904.67 |

Total to be paid to timely general unsecured creditors   $ 21,845.14

Remaining Balance   $ 3,228.49

Tardily filed claims of general (unsecured) creditors totaling $ 13,926.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 23.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A. | $ 13,926.77 | $ 0.00 | $ 3,228.49 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 3,228.49 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Zbigniew Pioro
    Debtor

Case No. 14-44872-BWB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: dgomez      Page 1 of 1      Date Rcvd: Oct 07, 2015
                   Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2015.
```
db             +Zbigniew Pioro,    1329 Brentwood Trail,   Bolingbrook, IL 60490-4948
23249616        AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
22743117       +Ahm Collection,    2170 Point Blvd Suite 100,    Elgin, IL 60123-7875
22743118       +Allied Interstate LLC,    7525 W Campus Rd,    New Albany, OH 43054-1121
22743119       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
22743120      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
22743121       +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
23049654        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
22743122       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
23667911       +Chase Bank USA, N.A.,    Attn: Corresponce Dept,    Po Box 15298,    Wilmington, DE 19850-5298
22743125       +Macneal Health Network,    2384 Paysphere Circle,   Chicago, IL 60674-0023
22743126       +Macneal Hospital,    2384 Paysphere Circle,    Chicago, IL 60674-0023
22743127       +NAPA,   PO Box 69,    Glen Head, NY 11545-0069
23081545       +Sprint Corp. Attn: Bankruptcy Dept,    P.O Box 7949,    Overland Park, KS 66207-0949
22743129      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
22743130      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22743123        E-mail/PDF: mrdiscen@discover.com Oct 08 2015 08:29:49     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
22919189        E-mail/PDF: mrdiscen@discover.com Oct 08 2015 08:29:49     Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
22743124       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 08 2015 01:25:37      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
23278956        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2015 01:31:09
                 Portfolio Recovery Associates, LLC,    Successor to U.S. BANK NATIONAL ASSOCIAT,   POB 41067,
                 Norfolk, VA 23541
22743128       +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2015 01:29:57     Syncb/Tj Maxx Cos Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
23273167        E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2015 08:20:57     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2015 at the address(es) listed below:
```
              Michael J Worwag    on behalf of Debtor Zbigniew  Pioro mjworwag@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```