# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIORO, ZBIGNIEW | § | Case No. 14-44872 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,499.00 *(Without deducting any secured claims)* | Assets Exempt: 21,401.00 |
| Total Distributions to Claimants: 25,073.63 | Claims Discharged Without Payment: 89,216.97 |
| Total Expenses of Administration: 4,926.37 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 278,515.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,926.37 | 4,926.37 | 4,926.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 114,212.69 | 35,771.91 | 35,771.91 | 25,073.63 |
| **TOTAL DISBURSEMENTS** | $ 392,727.69 | $ 40,698.28 | $ 40,698.28 | $ 30,000.00 |

   4)  This case was originally filed under chapter 7 on  12/17/2014 .  The case was pending for 12 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  12/23/2015           By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate Located at 1329 Brentwood Trail, Bolin | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 100,045.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 8480 Stagecoach Circle Frederick, MD 21701 | | 178,470.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 278,515.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| PETER N METROU | 2200-000 | NA | 73.05 | 73.05 | 73.05 |
| Associated Bank | 2600-000 | NA | 103.32 | 103.32 | 103.32 |
| KIM WIRTZ AND CENTURY 21 AFFILIATED | 3520-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,926.37 | $ 4,926.37 | $ 4,926.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ahm Collection 2170 Point Blvd Suite 100 Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 54,200.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 19,669.00 | NA | NA | 0.00 |
| | Macneal Health Network 2384 Paysphere Circle Chicago, IL 60674 | | 1,964.51 | NA | NA | 0.00 |
| | Macneal Hospital 2384 Paysphere Circle Chicago, IL 60674 | | 337.03 | NA | NA | 0.00 |
| | Macneal Hospital 2384 Paysphere Circle Chicago, IL 60674 | | 667.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NAPA PO Box 69 Glen Head, NY 11545 |  | 1,681.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 7,352.00 | 7,389.08 | 7,389.08 | 7,389.08 |
| 000002 | CAPITAL ONE, N.A. | 7100-000 | 1,138.00 | 1,194.39 | 1,194.39 | 1,194.39 |
| 000001 | DISCOVER BANK | 7100-000 | 1,004.00 | 1,054.55 | 1,054.55 | 1,054.55 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 9,115.00 | 8,904.67 | 8,904.67 | 8,904.67 |
| 000003 | SPRINT CORP. ATTN: BANKRUPTCY DEPT | 7100-000 | 72.00 | 72.25 | 72.25 | 72.25 |
| 000005 | SYNCHRONY BANK | 7100-000 | 3,230.00 | 3,230.20 | 3,230.20 | 3,230.20 |
| 000007 | CHASE BANK USA, N.A. | 7200-000 | 13,783.00 | 13,926.77 | 13,926.77 | 3,228.49 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 114,212.69 | $ 35,771.91 | $ 35,771.91 | $ 25,073.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 14-44872 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PIORO, ZBIGNIEW | | | | Date Filed (f) or Converted (c): | 12/17/14 (f) |
| | | | | | 341(a) Meeting Date: | 01/13/15 |
| For Period Ending: | 12/23/15 | | | | Claims Bar Date: | 05/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at 1329 Brentwood Trail, Bolin | 290,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Personal Checking account with Harris Bank | 2,000.00 | 600.00 | | 0.00 | FA |
| 3. Household Goods, Used Furniture and Personal Elect | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Used personal electronics & music | 200.00 | 200.00 | | 0.00 | FA |
| 5. Used Personal Clothing | 700.00 | 699.00 | | 0.00 | FA |
| 6. Term Life Insurance Policy - No Cash Surrender Val | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Nissan Maxima | 3,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $297,900.00    $1,499.00    $30,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/15    Current Projected Date of Final Report (TFR): 10/15/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05a

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-44872 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PIORO, ZBIGNIEW | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5280 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7914 | | |
| For Period Ending: | 12/23/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/15 | 1 | Zbigniew A. Pioro<br>Same As Debtor | Compromise on RE | 1110-000 | 30,000.00 | | 30,000.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.26 | 29,982.74 |
| 04/16/15 | 005001 | Kim Wirtz and Century 21 Affiliated | Fee for work on RE | 3520-000 | | 1,000.00 | 28,982.74 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 43.03 | 28,939.71 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 43.03 | 28,896.68 |
| 11/04/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 3,823.05 | 25,073.63 |
| | | | Fees       3,750.00 | 2100-000 | | | |
| | | | Expenses     73.05 | 2200-000 | | | |
| 11/04/15 | 005003 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.00000% | 7100-000 | | 1,054.55 | 24,019.08 |
| 11/04/15 | 005004 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 100.00000% | 7100-000 | | 1,194.39 | 22,824.69 |
| 11/04/15 | 005005 | Sprint Corp. Attn: Bankruptcy Dept<br>P.O Box 7949<br>Overland Park, KS 66207 | Claim 000003, Payment 100.00000% | 7100-000 | | 72.25 | 22,752.44 |
| 11/04/15 | 005006 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000004, Payment 100.00000% | 7100-000 | | 7,389.08 | 15,363.36 |
| 11/04/15 | 005007 | Synchrony Bank | Claim 000005, Payment 100.00000% | 7100-000 | | 3,230.20 | 12,133.16 |

Page Subtotals         30,000.00         17,866.84

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-44872 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | PIORO, ZBIGNIEW | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5280 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7914 | | | |
| For Period Ending: | 12/23/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/04/15 | 005008 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIAT<br>POB 41067<br>Norfolk, VA 23541 | Claim 000006, Payment 100.00000% | 7100-000 | | 8,904.67 | 3,228.49 |
| 11/04/15 | 005009 | Chase Bank USA, N.A.<br>Attn: Corresponce Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Claim 000007, Payment 23.18190% | 7200-000 | | 3,228.49 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 30,000.00 | 30,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 30,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 30,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5280 | 30,000.00 | 30,000.00 | 0.00 |
| | 30,000.00 | 30,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    12,133.16

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*